CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 17 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OTIS ANTONIO SMITH,<br> Petitioner, | ) ) ) | Civil Action No. 7:06cv00391 |
| | ) | **ORDER** |
| v. | ) ) | |
| UNITED STATES OF AMERICA,<br> Respondent. | ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, an evidentiary hearing is hereby **ORDERED** on the issue of whether Smith requested his attorney to file an appeal.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 17th day of January, 2007.

                                   United States District Judge